# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SHANE BROOKS, )
                Plaintiff, )    Case No. 2:14-cv-00497-APG-CWH
)
vs. )    **ORDER**
)
LISA WALSH, *et al.*, )
                Defendants. )
)

       Before the Court is Plaintiff's motion to extend the discovery deadlines (doc. # 18), filed April 20, 2015, and Defendants' response (doc. # 19), filed May 6, 2015. Plaintiff did not file a reply.

       In his motion, Plaintiff asks the Court to extend the discovery deadlines by ninety (90) days due to mental health issues that have prevented him from completing discovery as originally scheduled. Defendants, in response, do not oppose extending the discovery deadlines in light of Plaintiff's health issues.

       This Court finds good cause for the requested extension. As such, the Court grants Plaintiff's unopposed motion.

       Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's motion to extend the discovery deadlines (doc. # 18) is **granted**. The discovery deadlines shall be extended by ninety (90) days.

       **IT IS FURTHER ORDERED** that the following dates shall govern discovery:

| | | |
|---|---|---|
| 1. | Discovery cutoff | **July 29, 2015** |
| 2. | Motions to amend pleadings and add parties | **June 29, 2015** |
| 3. | Discovery motions | **July 20, 2015** |
| 4. | Motions for summary judgment | **August 28, 2015** |

1 **IT IS FURTHER ORDERED** that, pursuant to LR 16-3(a), the Clerk of Court shall issue a Pretrial Notice Order five days past the date for filing motions for summary judgment or all motions for summary judgment are denied, whichever is later.

**IT IS FURTHER ORDERED** that, pursuant to Local Rule 26-4, an extension of the discovery deadline will not be allowed without a showing of good cause. All motions or stipulations to extend discovery shall be received by the Court at least **twenty-one (21) days** prior to the expiration of the subject deadline. The motion or stipulation shall include:

    (a)    A statement specifying the discovery completed by the parties as of the date of the motion or stipulation;

    (b)    A specific description of the discovery which remains to be completed;

    (c)    The reasons why such remaining discovery was not completed within the time limit of the existing discovery deadline; and

    (d)    A proposed schedule for the completion of all remaining discovery.

DATED: May 19, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**