**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHANE BROOKS, </br>          Plaintiff, </br> vs. </br> LISA WALSH, *et al.*, </br>          Defendants. | Case No. 2:14-cv-00497-APG-CWH </br> **ORDER** |

Pursuant to Local Rule 26-8, discovery-related documents are not to be filed unless ordered by the Court. No such order has been entered by the Court in the instant case. Further failure to abide by this order and Local Rule 26-8 may result in sanctions pursuant to, inter alia, Local Rule IA 4-1; Fed. R. Civ. P. 16(f).

Accordingly, **IT IS HEREBY ORDERED** that the Clerk of Court shall **strike** Plaintiff's recently filed Reply to Defendants' Response to Request for Production of Documents (doc. #23) from the record.

DATED: July 1, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**