UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHANE BROOKS, | ) |
| Plaintiff, | ) Case No. 2:14-cv-00497-APG-CWH |
| vs. | ) **ORDER** |
| LISA WALSH, *et al.*, | ) |
| Defendants. | ) |

Before the Court is Defendants' unopposed motion to extend time regarding dispositive matter (doc. # 39), filed November 25, 2015.

Defendants ask the Court for additional time to file dispositive motions in this case. Defendants explain that after the Court granted their prior request to extend the dispositive motions deadline (doc. # 37), defense counsel had to leave the jurisdiction on two separate occasions and was inundated with a large number of court hearings and deadlines in other cases that prevented her from obtaining necessary materials in support of Defendants' motion for summary judgment. As such, Defendants submit this renewed request for an extension. Plaintiff did not file an opposition.

Good cause appearing, the Court grants the instant request and sets the dispositive motions deadline thirty (30) days from the date of this order.

Accordingly, **IT IS HEREBY ORDERED** that Defendants' unopposed motion to extend time regarding dispositive matter (doc. # 39) is **granted.**

DATED: December 15, 2015

_____
C.W. Hoffman, Jr.
United States Magistrate Judge