# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHANE BROOKS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LISA WALSH, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:14-cv-00497-APG-CWH<br><br>**ORDER DENYING MOTION TO STRIKE AS MOOT**<br><br>(ECF No. 76) |

　　　In light of my prior order directing the plaintiff to file a shorter opposition limited to 40 pages (ECF No. 77),

　　　IT IS ORDERED that the defendants' motion to strike **(ECF No. 76) is DENIED as moot**.

　　　DATED this 31st day of May, 2016.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE