UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHANE BROOKS, | Case No. 2:14-cv-00497-APG-CWH |
| Plaintiff, | |
| v. | |
| LISA WALSH, et al, | **ORDER** |
| Defendants. | |

Presently before the court is Plaintiff's motion for injunctive relief (ECF No. 94), filed on October 13, 2016.  Defendants filed a response (ECF No. 96) on October 27, 2016.  Plaintiff did not file a reply.

Plaintiff requests an emergency injunction requiring that the Northern Nevada Correctional Center (NNCC) process his legal mail in a timely and proper manner.  The basis of this request is Plaintiff's assertion that NNCC failed to mail out two documents drafted by Plaintiff.  Specifically, Plaintiff identifies two documents ("brass slip" #2222856 and #2101843) that he believes were not mailed out as he requested.  However, Plaintiff does not identify what these documents were, nor does he specifically assert that the documents were intended to be filed in this case.  Plaintiff acknowledges that he is litigating several ongoing cases.  Plaintiff does request that he be allowed an extension to file a reply in support of his motion for appointment of counsel (ECF No. 86).  However, Plaintiff already filed a reply to that motion (ECF No. 88), which was received and docketed by the court on July 12, 2016.  Plaintiff does not suggest that there is any other filing in this case that he intended to make but that was not filed.  Plaintiff has therefore not made clear to the court what documents, if any, are missing from this case.

Further, Defendants provide evidence that brass slip #2222856 and #2101843 were in fact mailed out in a timely manner.  (ECF No. 96, Exhibit A).  The court finds no evidence that any documents in this case have been improperly handled.

IT IS THEREFORE ORDERED that Plaintiff's motion for injunction relief (ECF No. 94) is DENIED.

DATED: December 2, 2016.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

2